UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY R. STACH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BILL ELFO, et al.,<br><br>　　　　　　　　　Defendants. | Case No. C12-1803-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

On October 12, 2012, plaintiff, who was then incarcerated at the Whatcom County Jail, submitted a proposed complaint, but failed to either pay the filing fee or submit an application to proceed in forma pauperis ("IFP"). Dkt. 1. By letter dated October 15, 2012, the Clerk informed plaintiff that he had until November 14, 2012, to correct this deficiency. Dkt. 2. Since that date, plaintiff has submitted numerous documents, including proposed "warrants for apprehension of offending parties" (Dkt. 4), a notice of clerical error (Dkt. 5), two proposed amended complaints (Dkts. 6, 10), an application for court-appointed counsel (Dkt. 7), a request for witness protection (Dkt. 8), and a notice of change of address (Dkt. 9).[1] However, to date, plaintiff has failed to pay the filing fee or submit an IFP application. Accordingly, the Court recommends that this action

---

[1] Plaintiff's notice of change of address indicates that he is currently housed at Western State Hospital, but expects to return to the Whatcom County Jail on December 15, 2012. Dkt. 9. In an abundance of caution, a copy of this Report and Recommendation will be sent to plaintiff at both addresses.

REPORT AND RECOMMENDATION - 1

be **DISMISSED** without prejudice for failure to pay the filing fee.

A proposed Order accompanies this Report and Recommendation.  Any objections to this Report and Recommendation must be filed by **December 11, 2012.**  The matter will be ready for the Court's consideration on **December 14, 2012**, and the Clerk should so note it.  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to appeal.

DATED this 20th day of November, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2