UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY R. STACH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BILL ELFO, et al.,<br><br>　　　　　　　Defendants. | Case No. C12-1803-RSL<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation; and

2. Plaintiff's proposed complaint, Dkt. 1, is **DISMISSED** without prejudice for failure to pay the filing fee.

.

Dated this 17th day of December, 2012.

　　　　　　　　　　　　　　*MrS Lasnik*
　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1